

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | **1 : 15 CR 235** |
| v. | ) | CASE NO._____ |
| | ) | Title 18, Section 1956(a)(3)(B), |
| ROBERT TIRGAN, | ) | United States Code; Title 31, |
| | ) | Sections 5324(a)(3), and (d), |
| Defendant. | ) | United States Code |

## COUNT 1

**JUDGE BOYKO**

The Grand Jury charges:

On or about December 5, 2013, in the Northern District of Ohio, Eastern Division, ROBERT TIRGAN, the defendant herein, did with the intent to conceal or disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, conduct or attempt to conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity, that is distributing a controlled substance in violation of Title 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 1956(a)(3)(B).

## COUNT 2

The Grand Jury further charges:

On or between December 6, 2013 and December 11, 2013, in the Northern District of Ohio, Eastern Division, ROBERT TIRGAN, the defendant herein, did knowingly and for the

purpose of evading the reporting requirements of Title 31, United States Code, Section 5313 and the regulations promulgated thereunder, structure the following transactions with a domestic financial institution, to wit:

| Date | Financial Institution | Account Number | Account Owner | Structured Deposit Amount |
|---|---|---|---|---|
| 12/06/2013 | PNC Bank | 7023 | Mojdeh Samiei & Robert Tirgan | $7700 |
| 12/06/2013 | PNC Bank | 8082 | Luxury Imports | $8950 |
| 12/11/2013 | PNC Bank | 2085 | Luxury Imports | $7000 |

All in violation of Title 31, United States Code, Sections 5324(a)(3) and (d).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.